# DOCUMENTS TO BE SEALED

## PLAINTIFF
### -V-
## DEFENDANT

DOCKET NUMBER: **23 CV 09127**

DATE FILED: **OCT 17 2023**

SIGNED BY: **JUDGE ROCHON**

DATE SIGNED: **OCT 16 2023**

23 mc 378

## TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS