USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

INTELLECTUAL ASSET GROUP, LLC,

           Plaintiff,

v.

IGNIS INNOVATION INC. and
1000582825 ONTARIO INC.,

           Defendants.

Case No. 1:23-cv-09127-AT

**JURY TRIAL DEMANDED**

### ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE

Upon the Memorandum of Law in Support of Plaintiff's Motion for Alternative Service on Defendant 1000582825 Ontario Inc. and the Declaration of Drew Hollander, sworn to the 14th day of February, 2024, it is hereby

**ORDERED** that Plaintiff is authorized to serve the above-named Defendant 1000582825 Ontario Inc. its summons and complaint via certified mail at its listed business address with the Ontario Ministry of Public and Service Delivery. It is further

**ORDERED** that Plaintiff is authorized to serve the above-named Defendant 1000582825 Ontario Inc. its summons and complaint via certified mail to the addresses listed for its active directors Eric Baker and Christopher Winn. It is further

**ORDERED** that Plaintiff is authorized to serve the above-named Defendant 1000582825 Ontario Inc. its summons and complaint via email to its active directors Eric Baker at "ebaker@miralta.com" and Christopher Winn at "cwinn@miralta.com." It is further

**ORDERED** that Defendant shall have 30 days after the filing of due proof of service with the Clerk of this Court to respond to the Summons and Complaint.

SO ORDERED.

Dated: February 16, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge