```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
INTELLECTUAL ASSET GROUP, LLC,

                  Plaintiff,

-against-

IGNIS INNOVATION INC. and
1000582825 ONTARIO INC.,

                  Defendants.
-------------------------------------------------------------

23 Civ. 9127 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 19, 2024, the Court granted Plaintiff's request to extend the parties' deadline to file their joint letter and proposed case management to April 25, 2024. ECF No. 30. This deadline has since passed and no submissions were filed with the Court, and Defendants have not appeared in this action.

    On April 24, 2024, Plaintiff requested that the Clerk of Court issue a certificate of default as to Defendant 1000582825 Ontario Inc.[1] ECF No. 32. The Clerk issued the certificate the next day. ECF No. 33. Plaintiff has yet to move for a default judgment against 1000582825 Ontario Inc.

    Accordingly, by **June 17, 2024**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases, or file a status update with respect to the prosecution of this action.

    SO ORDERED.

Dated: June 3, 2024
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge

---

[1] In its application, Plaintiff noted that it had received a letter from the Ontario Ministry of the Attorney General stating that "IGNIS Innovation Inc. no longer existed as an entity." ECF No. 32.