USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLECTUAL ASSET GROUP, LLC

Plaintiff,

-against-

IGNIS INNOVATION INC. and 100582825 ONTARIO INC.,

Defendants.

23 Civ. 9127 (AT) (OTW)

**ORDER ADOPTING REPORT & RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiff Intellectual Asset Group, LLC, initiated this breach of contract action on October 17, 2023. *See* Compl., ECF No. 1. Plaintiff moves for default judgment against Defendant 100582825 Ontario Inc. *See* ECF No. 37. 100582825 Ontario Inc. did not respond to the complaint or appear at a subsequent Order to Show Cause hearing. *See* ECF Nos. 33 (Clerk's certificate of default), 51-1 (hearing transcript). Pursuant to an order of reference, *see* ECF No. 42, the Honorable Ona T. Wang recommended that Plaintiff's motion for default judgment be granted. *See* R&R at 2, ECF No. 54. Plaintiff served the R&R on Defendant's corporate representatives. *See* ECF No. 56.

Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See* R&R at 2; Fed. R. Civ. P. 72(b)(2); *see also* ECF No. 56 (service of the R&R). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Wang's R&R.[1]

Accordingly, the Court ADOPTS Judge Wang's R&R to the extent it applies to Defendant 100582825 Ontario Inc. and grants Plaintiff's motion for default. The Court orders a damages inquest to ensure that there is a proper evidentiary basis for the damages Plaintiff requests. *See* ECF No. 37. By **September 30, 2026**, Plaintiff shall move to voluntarily dismiss Defendant Ignis Innovation Inc. ("Ignis") from this action or shall otherwise inform the Court how it plans to proceed against Ignis. *See* ECF No. 24 at 1 (stating that Ignis "no longer exists").

The Clerk of Court is respectfully directed to enter an order of default against Defendant 100582825 Ontario Inc. and refer the damages inquest to Judge Wang.

SO ORDERED.

Dated: September 1, 2026
New York, New York

ANALISA TORRES
United States District Judge

---

[1] The R&R refers to both Defendants as having defaulted. *See generally* R&R. However, Plaintiff move for default judgment only with respect to Defendant 100582825 Ontario Inc. The Court finds no clear error in the R&R with respect to its analysis of Defendant 100582825 Ontario Inc. To the extent the R&R is construed to apply to Ignis Innovation Inc., it is clearly erroneous.